UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE WESTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>FRED NITOWSKI, et al.,<br><br>    Defendants. | CV 11-3022 PA (Ex)<br><br>JUDGMENT |

    Pursuant to the Court's June 9, 2011 Minute Order dismissing without prejudice the claims alleged by plaintiff Bruce Westin ("Plaintiff") against defendants Fred Nitowski and Gwen Nitowski ("Defendants"),

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims are dismissed without prejudice.

    IT IS SO ORDERED.

DATED: June 9, 2011                           _____
                                                               Percy Anderson
                                              UNITED STATES DISTRICT JUDGE